AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Adam Javier Ponce,<br>a/k/a Adam Gutierrez,<br>a/k/a El Colorado<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  3:25-cr-36 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Adam Javier PONCE, a/k/a Adam Gutierrez, a/k/a El Colorado                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substance
Forfeiture Notice

Date:   02/13/2025                                                                /s/Sarah Lien
                                                                                 *Issuing officer's signature*

City and state:   Fargo, ND                                      Sarah Lien, Deputy Clerk
                                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* February 13, 2025, and the person was arrested on *(date)* May 19, 2025
at *(city and state)* Denver, CO.

Date:  5/19/25                                          *(signature)*
                                                        *Arresting officer's signature*

                                                        David Hanna    Special Agent
                                                        *Printed name and title*